1  **BRYAN CAVE LLP**
   James Goldberg, California Bar No. 107990
2  David N. de Ruig, California Bar No. 258005
   2 Embarcadero Center, Suite 1410
3  San Francisco, CA 94111
   Telephone:     (415) 675-3400
4  Facsimile:      (415) 675-3434
   Email:           james.goldberg@bryancave.com
5                     david.deruig@bryancave.com

6  **BRYAN CAVE LLP**
   Robert E. Boone III, California Bar No. 132780
7  120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
8  Telephone:   310-576-2100
   Facsimile:    310-576-2200
9  Email:          reboone@bryancave.com

10 Attorneys for Defendants
   COUNTRYWIDE HOME LOANS, INC. (for itself and d/b/a defendant AMERICA'S
11 WHOLESALE LENDER); RECONTRUST COMPANY, N.A.; and MORTGAGE
   ELECTRONIC REGISTRATION SYSTEMS, INC.
12

E-FILING   ADR

Filed
MAY 14 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| TERI H. NGUYEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., COUNTRYWIDE HOME LOANS, AMERICA'S WHOLESALE LENDER, RECONTRUST COMPANY, N.A., All Persons Unknown Claiming Any Legal or Equitable Right, Title, Estate, Lien or Interest in the Property Described in this Complaint Adverse to PLAINTIFF's Title, DOES 1 TO 20,<br><br>　　　　Defendants. | Case No. CV10-02062 PVT<br><br>**DEFENDANTS' NOTICE CONCERNING RELATED CASES**<br><br>[L.R. 3-12]<br><br>(Santa Clara Superior Court Case No. 109CV150842) |

1  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA:
3      **PLEASE TAKE NOTICE** that pursuant to Local Rule 3-12 of the above-entitled Court,
4  Defendants COUNTRYWIDE HOME LOANS, INC. (for itself and d/b/a defendant AMERICA'S
5  WHOLESALE LENDER), RECONTRUST COMPANY, N.A., and MORTGAGE
6  ELECTRONIC REGISTRATION SYSTEMS, INC. ("Defendants") hereby submit in the above-
7  captioned action this "Notice Concerning Related Cases."
8      As of the date of filing this Notice, Defendants are not aware of any cases previously filed
9  or currently pending before this Court which arise from the same or substantially identical
10 transactions, happenings or events as the above-captioned matter; or which call for determination
11 of the same or substantially identical questions of law and fact; or are likely for other reasons to
12 entail substantial duplication of labor if heard by different judges.

16 Dated: May 14, 2010

**BRYAN CAVE LLP**
James Goldberg, Esq.
David N. de Ruig, Esq.
Robert E. Boone III, Esq.

By: _____
David N. de Ruig
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. (for itself
and d/b/a defendant AMERICA'S WHOLESALE
LENDER); RECONTRUST COMPANY, N.A.; and
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907