UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERI H. NGUYEN,<br><br>    Plaintiff,<br>v.<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEM, INC., et al.,<br><br>    Defendants.<br>_____ | Case No.: C 10-02062 PVT<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On May 21, 2010, defendants Mortgage Electronic Registration System, Inc., Recontrust Company, N.A., and Countrywide Home Loans, Inc. moved to dismiss pursuant to Rule 12(b)(6) and further moved to strike certain paragraphs from the first amended complaint. This case has been assigned to a Magistrate Judge. Before the court takes any action on the motion to dismiss and the motion to strike, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than June 14, 2010, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

ORDER, *page 1*

1 | website at www.cand.uscourts.gov.

2 | Dated:    May 21, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge