UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERI H. NGUYEN,            )<br>                                          )<br>          Plaintiff,              )<br>     v.                             )<br>                                          )<br>MORTGAGE ELECTRONIC     )<br>REGISTRATION SYSTEM, INC., et al., )<br>                                          )<br>          Defendants.         )<br>_____ ) | Case No.: C 10-02062 PVT<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |

On May 21, 2010, defendants Mortgage Electronic Registration System, Inc., Recontrust Company, N.A., and Countrywide Home Loans, Inc. moved to dismiss pursuant to Rule 12(b)(6). On May 21, 2010, this court ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than June 14, 2010. ("May 21, 2010 Order"). All of the parties have not consented (or otherwise responded to the May 21, 2010 Order) to jurisdiction of this

\

ORDER, *page 1*

1  court. Accordingly, the above-captioned action shall be reassigned to a district court judge.

2       IT IS SO ORDERED.

3  Dated:  July 12, 2010

4                                                          _____
                                                           PATRICIA V. TRUMBULL
5                                                          United States Magistrate Judge